Attorney Telephone Number:
[X] Pro-Se debtor

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

Chapter 13

Case Number: 2:09-BK-23676

In re ALLEN SAYADYAN

Debtor(s)

**DEBTOR'S APPLICATION FOR VOLUNTARY DISMISSAL OF CHAPTER 13, PROOF OF SERVICE AND ORDER THEREON**

RECEIVED JUN 17 2009
FILED JUN 17 2009
JUN 17 2009

Debtor requests that the above-entitled Chapter 13 case be dismissed, pursuant to 11 U.S.C. § 1307(b) and Local Bankruptcy Rules 9013(b) and 3015-1, and makes the following representations in support thereof:

[X] The above-entitled case was commenced by the filing of a voluntary petition under Chapter 13 and has not been converted under 11 U.S.C. § 706, 1112 or 1208.

[ ] The above-entitled case was commenced by the filing of a voluntary petition under Chapter _____ and was converted to a case under Chapter 13 on _____.

[X] There is no motion for relief from the automatic stay pending against the debtor and no such motions have been filed in this case; or

[ ] The following motion for relief from the automatic stay is pending against the debtor or was filed and resolved or dismissed prior hereto: _____

[X] The debtor seeks dismissal of this case for the following reasons: NO LONGER NECESSARY

[X] The debtor has made no arrangements or agreements with any creditor or other person in connection with this application to dismiss; or

[ ] The debtor has made the following arrangements or agreements with the named creditor or other person in connection with this application to dismiss:

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 16th day of JUNE, 20 09
at TUJUNGA.

Presented by:

_____ N/A _____
Debtor's Attorney          Date

_Allen Sayadyan_
Debtor                     Date

_____ N/A _____
Joint Debtor               Date

| In re: ALLEN SAYADYAN | Chapter 13 Case Number: |
|---|---|
| Debtor(s) | 2:09-bk-23676 |

## Proof of Service

I, the undersigned, hereby certify that I served a copy of the foregoing Application for Voluntary Dismissal of Chapter 13 on the Chapter 13 Trustee and all creditors and other parties in interest at the addresses indicated on the attached sheet(s).

_____  6/16/09
Signature of Declarant      Date

Executed on JUNE 16, 2009, at TUJUNGA, California.

## ORDER

Having read and considered the foregoing application, it is hereby **ORDERED** that the above-entitled Chapter 13 case is dismissed.

Date:_____    _____
                          U.S. Bankruptcy Judge

MORTGAGEIT INC

1350 DEMMING WAY, 3rd FLOOR

MIDDLETON, WI 53562